

271 17th Street, NW
Suite 2400
Atlanta, GA 30363-1017

Telephone: (404) 872-7000
Fax: (404) 888-7490
Web Site: www.wcsr.com

John G. Perry
Direct Dial: (404) 879-2441
Direct Fax: (404) 879-2941
E-mail: joperry@wcsr.com

A LIMITED LIABILITY
PARTNERSHIP

May 24, 2016

**VIA ECF**

Clerk of Court
U.S. District Court for the Middle District of Georgia, Columbus Division
120 12th Street
Columbus, GA 31902

  Re: <u>Sharyel Perry v. Metropolitan Life Insurance Company</u>
    U.S. District Court for the Middle District of Georgia
    Civil Action File No. 4:16-cv-00135-CDL

Dear Sir or Madam:

  The undersigned represents Defendant Metropolitan Life Insurance Company ("MetLife") in the above-referenced civil action.

  This letter is to confirm the extension of time granted by the Clerk of Court for the U.S. District Court for the Middle District of Georgia, Columbus Division, pursuant to Middle District Local Rule 6.2.  MetLife shall have a 14-day extension of time to file its reply brief in support of its Motion to Dismiss Plaintiff's Complaint [Dkt. 11] through and including June 15, 2016.

          Sincerely,

          **WOMBLE CARLYLE SANDRIDGE & RICE**
          *A Limited Liability Partnership*

          /s/ John G. Perry

          John G. Perry

Enclosure

cc: Elizabeth J. Bondurant, Esq.
   William B. Wahlheim, Jr., Esq.
   Grace R. Murphy, Esq.
   Andrew M. Grabhorn, Esq.
   Michael D. Grabhorn, Esq.
   Heather K. Karrh, Esq.

WCSR 36321360v1